PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 25 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Gilbert Joseph Carrasco  02435169
Plaintiff's Name and ID Number

Formby Unit
Place of Confinement

CASE NO. 2:23-CV-00125-Z-BR
(Clerk will assign the number)

v.

USA District Court for Northern District of Texas Amarillo division 205 SE 5Th Ave Room 133 Amarillo TX 79101
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned:_____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Formby Unit, 998 CR AA Plainview TX 79072

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___YES ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Gilbert Joseph Carrasco #TDCJ 02435149 Formby Unit 998 County Rd AA Plainview TX 79072

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Anna Marie Bell, DA, USA District Court for Northern District of Texas Amarillo division, 205 SE 5th Ave Room 133 Amarillo TX 79101

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violated my Constitutional Rights (Speedy Trial Act)

Defendant #2: C.J. McElroy, Court appointed attorney, USA District Court for Northern District of Texas Amarillo division, 205 S.E. 5th Ave Room 133 Amarillo TX 77101

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Breach of client counsel privilege confidentiality

Defendant #3: Robert Bell, Court appointed attorney, USA District Court for Northern District of Texas Amarillo division, 205 S.E. 5th Ave Room 133 Amarillo TX 79101

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Conflict of interest

Defendant #4: Matthew Kacmerk, Judge, USA District Court for Northern District of Texas Amarillo division, 205 S.E. 5th Ave Room 133 Amarillo TX 79101

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Dissmissed case under Speedy Trial Act May 2021 - Retried on Same case Sentence 50 yrs in prison (Double Jeperdy) all un Constitutional

Defendant #5: U.S.A District Court for Northern District of Texas Amarillo division 205 SE 5th Ave Room 133 Amarillo TX 79101

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Allowed all said defndrs to violate, discriminate and act arbitrarily unfairly violation of the 14 U.S.C.A all unconstitutional

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

#1 Ann Marie Bell violated Constitutional Rights "Speedy Trial Act"
#2 C.J. McIRoy violated client counsel confidentiality, brote in another attorney without my consent and searched legal info about my case to Eric Coats cause they wanted me to sign and I didn't know who he was. #3 Robert Bell "Conflict of interest" violated my Civil Rights as to him placing me in a mental hospital MCC without my consent and knowlege to his doings in my case and me
#4 Mathew J. Kacmerik (Double Jeperdy) Sentenced me to 50 yrs after he knew he dismissed set same case under "Speedy Trial act"
#5 USA District Court for Northern District Amarilo division

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Just Compensation for loss of buisness "THE SHOP" Mental anguish, Down Time, punitive damages and Seeking Justice as Court may provide

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Gilbert Joseph Carrasco

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2435169

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

    C.  Has any court ever warned or notified you that sanctions could be imposed?    \_\_\_\_YES  ✓ NO

    D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

        1.  Court that issued warning (if federal, give the district and division):_____

        2.  Case number:_____

        3.  Approximate date warning was issued:_____

Executed on: _____
             DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   25   day of   June  , 20 23 .
            (Day)              (month)        (year)

*Gilbert J. Carrasco* #TDCJ 02435169
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

To: The United STATES Deistrict Court

Honorable Judge;
C/o; Deistrict Clerk

Comes now Gilbert Joseph Carrasco (TDCJ#)-02435169 pro-se before the Honorable Court in said letter instrument to advise the Court that I had submitted and written letter See-under Carrasco v. unite States, 2022 U.S. Dist. Lexis 239292 December 27, 2022. As I was not aware of how to proceed as a lay man at law as to the proper forms required at that time on December 27, 2022 and on February 28, 2023.

Therefor now petitioner now moves the Honorable Court and submitt the proper forms provided me by District Clerk and said filing fee required ($402.00) by Honorable Court and Rules to proceed in Said civil rights Claim.

Respectfully Submitted

Gilbt J. Carrasco 02435169
Gilbert J. Carrasco

UNITED STATES POSTAL SERVICE®

CERTIFIED MAIL

7020 2450 0000 7847 6248

Retail

U.S. POSTAGE PAID
PM
DUMAS, TX 79029
JUL 21, 2023
$17.55
R2305M148950-18

79101
RDC 01

PRESS FIRMLY TO SEAL

PRIORITY MAIL FLAT RATE ENVELOPE
TRACKED • INSURED
ONE RATE ■ ANY WEIGHT

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP



RECEIVED
JUL 25 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FROM:
Gilbert Carvajal #02435109
Formby Unit
998 County Rd 1444
Plainview TX, 79045

TO:
United States District Court
Office Of The Clerk
Northern District of Texas
205 SE 5th Ave
Amarillo TX, 79101
Room 133
Attention Clerks Office